IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

ALOYSIUS THADDEUS HENRY,          )
                                  )
        Plaintiff,                )
v.                                )    CASE NO.  2:08-cv-816-TMH
                                  )                 WO
ARTHUR BAYLOR, *et al.,*          )
                                  )
        Defendants.               )

# <u>O R D E R</u>

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

1.  The plaintiff's objection (Doc. #4) to the Supplemental Recommendation of the

Magistrate Judge filed on October 29, 2008 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #3) filed on October 10, 2008

is adopted;

3.  That this case is DISMISSED without prejudice for plaintiff's failure to pay the full

filing fee upon the initiation of this case.

DONE this 6th day of November, 2008.


                              /s/ Truman M. Hobbs
                              _____
                              TRUMAN M. HOBBS
                              SENIOR UNITED STATES DISTRICT JUDGE